UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

United States of America,

                                        **NOTICE OF ADJOURNMENT**
                                              **OF SENTENCING**

-against-

                                          7:18-CR-00635 (CS)

J C Martin,
                Defendant.
-----------------------------------------------------x

At the request of Defendant's counsel, the Sentencing previously scheduled by this Court for January 23, 2019 at 10:00 a.m. ***is adjourned by this Court to*** **February 28, 2019 at 2:30 p.m.** at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White Plains, NY 10601, Courtroom 621.

                                        /s/ Walter Clark, Courtroom Deputy

Dated: White Plains, New York
         December 27, 2018